1  Matthew M. Yelovich (SBN 351330)
   Cleary Gottlieb Steen & Hamilton LLP
2  1841 Page Mill Road, Suite 250
   Palo Alto, CA 94304
3  (650) 815-4100
   Email: myelovich@cgsh.com
4
   Attorney for Defendant
5  **JULIO JOVAN VASQUEZ-OCHOA**

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,

12 |               Plaintiffs,                Case No. 25-MJ-71257

13 |       v.                                 **STIPULATION AND [~~PROPOSED~~]
                                              ORDER PERMITTING TRAVEL
14 | JULIO JOVAN VASQUEZ-OCHOA,               FROM THE DISTRICT**

15 |               Defendant.

16

17

18      The defendant, Julio Jovan Vasquez-Ochoa, represented by undersigned counsel

19 Matthew Yelovich, has requested that Mr. Vasquez-Ochoa be permitted to travel to Elk Grove,

20 California to visit family members to celebrate the upcoming holiday between December 24,

21 2025, and December 27, 2025.  The government, represented by Assistant United States

22 Attorney, Neal Hong, has no objection to this request.

23      Accordingly, the parties hereby stipulate that defendant Vasquez-Ochoa be permitted to

24 travel from the Northern District of California, to Elk Grove, in the Eastern District of California,

25 to spend time with family over the holiday from December 24, 2025 to December 27, 2025.[1]

26

27 [1] Undersigned counsel attests that each of the other signatories have concurred in the filing of the document.

Stipulation and ~~Proposed~~ Order Permitting Travel, Case No. 25-MJ-71257

Respectfully submitted,

MATTHEW M. YELOVICH
Attorney for Julio Jovan Vasquez-Ochoa

Dated: December 17, 2025

*/s/ Matthew M. Yelovich*
MATTHEW M. YELOVICH
Attorney for Julio Jovan Vasquez-Ochoa

Dated: December 17, 2025

*/s/ Neal Hong*
NEAL HONG
Assistant United States Attorney

Stipulation and ~~Proposed~~ Order Permitting Travel, Case No. 25-MJ-71257

[~~PROPOSED~~ ORDER]

Pursuant to the parties' stipulation and for good cause shown, the Court HEREBY ORDERS that defendant Julio Jovan Vasquez Ochoa may travel from his residence in the Northern District of California, to Elk Grove, California, to visit his family for the holiday between the dates of December 24, 2025 and December 27, 2025.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: __December 19, 2025__

*Virginia K. DeMarchi*

United States Magistrate Judge
VIRGINIA K. DEMARCHI

Stipulation and ~~Proposed~~ Order Permitting Travel, Case No. 25-MJ-71257