Matthew M. Yelovich (SBN 351330)
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
(650) 815-4100
Email: myelovich@cgsh.com

Attorney for Defendant
**JULIO JOVAN VASQUEZ-OCHOA**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

                Plaintiffs,

     v.

JULIO JOVAN VASQUEZ-OCHOA,

                Defendant.

Case No. 25-MJ-71257

**STIPULATION AND [~~PROPOSED~~]
ORDER PERMITTING TRAVEL
FROM THE DISTRICT**

       Pursuant to the Court's order permitting travel from the district, defendant, Julio Jovan Vasquez-Ochoa, may travel to Elk Grove between December 24, 2025 through December 27, 2025 to visit family members. Dkt No. 14. Mr. Vasquez-Ochoa, represented by undersigned counsel Matthew Yelovich, has requested that he be permitted to extend his travel to Elk Grove, California from December 27, 2025 to December 30, 2025, in order to assist his father with a job moving a family from one house to another. The government, represented by Assistant United States Attorney, Neal Hong, has no objection to this request.

Accordingly, the parties hereby stipulate that defendant Vasquez-Ochoa be permitted to extend his travel from the Northern District of California, to Elk Grove, in the Eastern District of California, from December 27, 2025 to December 30, 2025.[1]

Respectfully submitted,

MATTHEW M. YELOVICH
Attorney for Julio Jovan Vasquez-Ochoa

Dated: December 23, 2025                    */s/ Matthew M. Yelovich*
MATTHEW M. YELOVICH
Attorney for Julio Jovan Vasquez-Ochoa

Dated: December 23, 2025                    */s/ Neal Hong*
NEAL HONG
Assistant United States Attorney

---

[1] Undersigned counsel attests that each of the other signatories have concurred in the filing of the document.

Stipulation and ~~Proposed~~ Order Permitting Travel, Case No. 25-MJ-71257

1

~~[PROPOSED]~~ ORDER

2     Pursuant to the parties' stipulation and for good cause shown, the Court HEREBY

3   ORDERS that defendant Julio Jovan Vasquez Ochoa may extend the travel from his residence in

4   the Northern District of California, to Elk Grove, California, between the dates of December 27,

5   2025 and December 30, 2025.

6   PURSUANT TO STIPULATION IT IS SO ORDERED.

7

8   Dated:  _December 24, 2025_

9

10

11              United States Magistrate Judge
                VIRGINIA K. DEMARCHI
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Stipulation and ~~Proposed~~ Order Permitting Travel, Case No. 25-MJ-71257